AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>C-11-6636-DMR | DATE FILED<br>12/23/2011 | U.S. DISTRICT COURT<br>Northern District of California | |
|---|---|---|---|
| PLAINTIFF<br>Ausutek Computer Inc., et al | | DEFENDANT<br>Round Rock Research, LLC, et al | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  SEE ATTACHED | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Kelly Collins | DATE<br>12/29/2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,255,109 | October 19, 1993 | Round Rock Research, LLC |
| 2. 5,787,174 | July 28, 1998 | Round Rock Research, LLC |
| 3. 5,938,764 | August 17, 1999 | Round Rock Research, LLC |
| 4. 5,991,843 | November 23, 1999 | Round Rock Research, LLC |
| 5. 6,002,613 | December 14, 1999 | Round Rock Research, LLC |
| 6. 7,101,727 B2 | September 5, 2006 | Round Rock Research, LLC |
| 7. 7,138,823 B2 | November 21, 2006 | Round Rock Research, LLC |
| 8. 7,285,979 | October 23, 2007 | Round Rock Research, LLC |
| 9. 7,389,369 | June 17, 2008 | Round Rock Research, LLC |
| 10. 7,336,531 | February 26, 2008 | Round Rock Research, LLC |