**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| John P. Schnurer    SBN: 185725<br>Perkins Coie LLP<br>11988 El Camino Real, Suite 200   San Diego, CA 92130<br><br>TELEPHONE NO.: **(858) 720-5725**    FAX NO.*(Optional):* **(858) 720-5799**<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **Plaintiffs:** | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN JOSE, CA 95113**

BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

| PLAINTIFF/PETITIONER:   ASUSTEK COMPUTER INC.<br><br>DEFENDANT/RESPONDENT:   ROUND ROCK RESEARCH, LLC | CASE NUMBER:<br>**CV11-06636** |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: **78864-0002/Vickie** |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):*    **\*\*\* LIST OF DOCUMENTS \*\*\***
3. a. Party served *(specify name of party as shown on documents served):*
   **ROUND ROCK RESEARCH, LLC**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Corporation Trust Company - Agent For Service of Process - By Serving: Scott Lascala - Authorized To Accept**

4. Address where the party was served: **1209 Orange Street**
   **Wilmington, DE 19801**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **01/10/2012**   (2) at *(time):* **11:00 am**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PETITIONER: **ASUSTEK COMPUTER INC.**<br><br>RESPONDENT: **ROUND ROCK RESEARCH, LLC** | CASE NUMBER:<br><br>CV11-06636 |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **ROUND ROCK RESEARCH, LLC**
     under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
  a. Name: **KEVIN DUNN - Diversified Legal Services, Inc.**
  b. Address: **4665 Park Blvd San Diego, CA 92116**
  c. Telephone number: **(619) 260-8224**
  d. **The fee** for service was: **$ 58.50**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner     ☐ employee     ☒ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **01/10/2012**

▲▲▼ **Diversified Legal Services, Inc.**
**4665 Park Blvd**
**San Diego, CA 92116**
**(619) 260-8224**

_____
**KEVIN DUNN**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

# **_LIST OF DOCUMENTS_**

## **_Asustek Computer Inc. and Asus Computer International, Inc. vs. Round Rock Research, LLC._**

## _Case No. #CV 11-06636_

1) SUMMONS IN A CIVIL ACTION

2) COMPLAINT (Jury Trial Demand) w/Exhibits "A" thru "J"

3) ORDER SETTING INITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

4) JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

5) STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

6) NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER

7) CONTENTS OF JOINT CASE MANAGEMENT STATEMENT