| | |
|---|---|
| 1 | MARK FOWLER (Bar No. 124235) |
|   | mark.fowler@dlapiper.com |
| 2 | NATE MCKITTERICK (Bar No. 171889) |
|   | nate.mckitterick@dlapiper.com |
| 3 | RAJIV DHARNIDHARKA (Bar No. 234756) |
|   | rajiv.dharnidharka@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
|   | 2000 University Avenue |
| 5 | East Palo Alto, CA  94303-2214 |
|   | Tel:  650.833.2000 |
| 6 | Fax:  650.833.2001 |
| 7 | Attorneys for Defendant |
|   | SAMSUNG ELECTRONICS CO., LTD. |
| 8 | |
|   | John P. Schnurer, Bar No. 185725 |
| 9 | JSchnurer@perkinscoie.com |
|   | Michael J. Engle, Bar No. 259476 |
| 10 | MEngle@perkinscoie.com |
|   | PERKINS COIE LLP |
| 11 | 11988 El Camino Real, Suite 200 |
|   | San Diego, CA  92130-3334 |
| 12 | Telephone:  858.720.5700 |
|   | Facsimile:   858.720.5799 |
| 13 | |
|   | Attorneys for Plaintiffs |
| 14 | ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, INC., <br><br>         Plaintiffs, <br><br> vs. <br><br> ROUND ROCK RESEARCH, LLC, AMERICAN MEGATRENDS, INC., SAMSUNG ELECTRONICS CO., LTD., <br><br>         Defendants. | Civil Action No. 4:11-CV-06636-CW <br><br> **EIGHTH STIPULATION EXTENDING TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND** <br><br> Judge:       Hon. Claudia Wilken |

1  Under this Court's Civil Local Rule 6-1(a), Plaintiffs and Samsung Electronics Co., Ltd.,
2  represented by the undersigned counsel, hereby stipulate that Samsung's deadline to answer or
3  otherwise respond to the Complaint is extended to and including October 24, 2013.
4  Plaintiffs and Samsung Electronics Co., Ltd. further stipulate that any other agreements to
5  enlarge or shorten time in matters not required to be filed or lodged with the Court shall be agreed
6  upon by and between the parties, provided the change will not alter the date of any event or
7  deadline already fixed by Court order.

9  DATED: June 26, 2013              DLA PIPER LLP (US)

11                                   By: */s/ Nate McKitterick*
                                         MARK FOWLER
12                                       NATE MCKITTERICK
                                         RAJIV DHARNIDHARKA

14                                   Attorneys for Defendant
                                     SAMSUNG ELECTRONICS CO., LTD.

16                                   PERKINS COIE LLP
                                     By: */s/ James Pistorino*
17                                       JOHN SCHNURER
                                         MICHAEL J. ENGLE
18                                       JAMES PISTORINO

19                                   Attorneys for Plaintiffs
20                                   ASUSTEK COMPUTER INC.
                                     ASUS COMPUTER INTERNATIONAL, INC.

1  I, Nate McKitterick, am the ECF User whose ID and password are being used to file this
2  EIGHTH STIPULATION EXTENDING TIME IN WHICH TO ANSWER OR
3  OTHERWISE RESPOND. In compliance with Local Rule 5-1, I hereby attest that James
4  Pistorino has concurred in this filing.

DATED: June 26, 2013              DLA PIPER LLP (US)

                                   By: */s/ Nate McKitterick*
                                       NATE MCKITTERICK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of **EIGHTH STIPULATION EXTENDING TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND** via the Court's CM/ECF system per Local Rule 5-1.

By: */s/ Nate McKitterick*
Nate McKitterick