```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

ASUSTEK COMPUTER INC., et al.,

       NO. C 11-06636 CW

    Plaintiffs,

**MINUTE ORDER**
Date: July 10, 2013

  v.

ROUND ROCK RESEARCH, LLC., et al.,    Time: 9 minutes

    Defendants.

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Jennifer Macato

**Appearances for Plaintiff:**
James Pistorino

**Appearances for Defendant:**
Peter Chang; Eduardo Blanco; Paul Bondor appearing via CourtCall

### Case Management Conference - HELD

Notes: Matter is continued.  Case management statement is due 7/24/2013.

Next court date is 7/31/2013 at 2:00 p.m. for case management conference.

Copies to:  Chambers