John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Jack Ko, Bar No. 244630
JKo@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:   858.720.5799

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:   650.838.4350

*(Additional counsel listed on signature page)*
Attorneys for Plaintiffs ASUSTeK Computer Inc.
and ASUS Computer International

*(Additional counsel listed on signature page)*
Attorneys for Defendant Round Rock Research, LLC

*(Additional counsel listed on signature page)*
Attorneys for Defendant Samsung Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC and SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Defendants*. | Case No. 4:11-cv-06636-CW (DMR)<br><br>**STIPULATED MOTION TO REMOVE CASE FROM ADR PROGRAM** |

Pursuant to discussions between the parties and the Director of the ADR Program at the ADR Phone Conference on July 1, 2013 (D.I. 74), plaintiffs ASUS Computer International and ASUSTeK Computer Inc. (collectively "ASUS") and defendants Round Rock Research, LLC ("Round Rock") and Samsung Electronics Co., Ltd. ("Samsung") (collectively "the parties") submit this joint request for removal of the case from the ADR Program.

WHEREAS on January 14, 2013, this matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes (D.I. 67);

WHEREAS a settlement conference in this matter is currently scheduled in front of Judge Ryu for October 11, 2013 at 11:00 a.m. (D.I. 73);

WHEREAS the parties agree that mediation via the ADR Program is no longer necessary for this case in light of the case's referral to Magistrate Judge Ryu;

WHEREAS the parties so informed the ADR Program Director at the ADR Phone Conference on July 1, 2013 and the ADR Program Director requested that the parties file a stipulated motion to remove the matter from the ADR Program;

NOW, THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST, through their undersigned counsel of record, that this matter be removed from the ADR Program.

DATED: July 12, 2013

**PERKINS COIE LLP**

By: */s/ Tawen Chang*
   Tawen Chang, Bar No. 215512
   TChang@perkinscoie.com

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL

**BLACK CHANG & HAMILL LLP**

By: */s/ Peter H. Chang*
   Peter H. Chang, (SBN 252031)
   pchang@bchllp.com
   Bradford J. Black (SBN 252031)
   bblack@bchllp.com
   4 Embarcadero Center, Suite 1400
   San Francisco, California 94111
   Telephone:   415-813-6210
   Facsimile:   415-813-6222

Local Counsel for Defendant
ROUND ROCK RESEARCH, LLC

   Paul A. Bondor (pro hac vice)
   pbondor@desmaraisllp.com
   Justin P.D. Wilcox (pro hac vice)
   jwilcox@desmaraisllp.com
   Jonas R. McDavit (pro hac vice)
   jmcdavit@desmaraisllp.com
   Lauren M. Nowierski (pro hac vice)
   lnowierski@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
   Telephone:   212-351-3400
   Facsimile:   212-351-3401

Lead Counsel for Defendant
ROUND ROCK RESEARCH, LLC

| | |
|---|---|
| 1  DATED:  July 12, 2013 | **DLA PIPER LLP (US)** |
| 2 | |
| 3 | By:  _/s/ Nate McKitterick_<br>DLA PIPER LLP (US) |
| 4 | Mark Fowler (SBN 124235)<br>Mark.fowler@dlapiper.com |
| 5 | Nate McKitterick (SBN 171889)<br>Nate.mckitterick@dlapiper.com |
| 6 | Eduardo J. Blanco (SBN 278817)<br>eduardo.blanco@dlapiper.com |
| 7 | 2000 University Avenue<br>East Palo Alto, CA 94303-2214 |
| 8 | Telephone:          650-833-2000<br>Facsimile: 650-833-2001 |
| 9 | |
| 10 | *Attorneys for Defendant Samsung Electronics Co., Ltd.* |

-3-

STIP. MOTION TO REMOVE CASE FROM ADR PROGRAM
CASE NO.:  4:11-CV-06636-CW (DMR)

1 | I, Tawen Chang, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2 | concurrence to the filing of this document has been obtained from each signatory hereto.

4 | DATED: July 12, 2013     **PERKINS COIE LLP**

By:   */s/ Tawen Chang*
    Tawen Chang
    TChang@perkinscoie.com

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. and ASUS
COMPUTER INTERNATIONAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Parties need not participate in mediation but will participate in a settlement conference.

Date: ___8/8/2013___                    _____
                                        The Honorable Claudia Wilken
                                        United States District Court Judge

-5-

STIP. MOTION TO REMOVE CASE FROM ADR PROGRAM
CASE NO.: 4:11-CV-06636-CW (DMR)