UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, Plaintiff(s), v. ROUND ROCK RESEARCH, LLC, AMERICAN MEGATRENDS INC., SAMSUNG ELECTRONICS CO., LTD Defendant(s). | Case No: 4:11-cv-06636  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
|---|---|

I, Karim Oussayef, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Round Rock Research LLC in the above-entitled action. My local co-counsel in this case is Andrew G. Hamill, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: Desmarais LLP, 230 Park Avenue New York, NY 10169 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: Black & Hamill LLP, 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD: (212) 351-3400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 813-6217 |
| MY EMAIL ADDRESS OF RECORD: koussayef@desmaraisllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ahamill@blackhamill.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4681334.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/29/13

Karim Oussayef
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karim Oussayef is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/13/2013

UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# KARIM ZEDDAM OUSSAYEF

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 2, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 28, 2013**

_____
Clerk of the Court

8690