UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>    Defendant. | Case No. 11-cv-06636-CW (JSC)<br><br>**ORDER REGARDING FEBRUARY 25, 2014 DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 104 |

  Plaintiff Asustek Computer Inc. ("Asustek") initiated this declaratory relief action to seek a declaration that it does not infringe 10 different patents owned by defendant Round Rock Research, LLC ("Round Rock"). On February 25, 2014, Round Rock filed a joint letter brief regarding its motion to compel the production of documents from Asustek. The motion was referred to this Court for decision on March 26, 2014.

  Asustek does not challenge the discoverability of the documents sought; instead, it contends that it has already produced most of the documents identified by Round Rock and that Round Rock has failed to respond to its request that Round Rock identify any missing documents. As Round Rock's portion of the letter brief does not address Asustek's contention, and as more than a month has elapsed since the filing of the letter brief, the motion to compel is DENIED without prejudice. The parties are ordered to meet and confer *in person* regarding Asustek's document production on or before April 4, 2014. If any dispute remains, they shall file a new letter brief addressing the remaining disputes in accordance with this Court's civil standing order. Round Rock, as the party moving to compel, should provide Asustek with its portion of the letter brief and then Asustek shall provide its response to Round Rock. Round Rock may then modify its portion of the letter brief to respond to Asustek's arguments before submitting the brief to the Court. In other words, the letter brief should encompass the motion, opposition and reply in one

1 letter.  The letter brief, if any, shall be filed on or before April 11, 2014.

2     This Order disposes of Docket No. 104.

3     **IT IS SO ORDERED.**

4 Dated:  March 28, 2014

                                                  JACQUELINE SCOTT CORLEY
                                                  United States Magistrate Judge