UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>　　　　　　　Defendant. | Case No.  11-cv-06636-CW (JSC)<br><br>**ORDER RE: JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 123 |

　　　　Now pending before the Court is the parties' joint discovery letter in which Round Rock Research, LLC ("Round Rock") moves to compel supplemental interrogatory responses and certain product information from ASUS Computer International and ASUSTeK Computer Inc. (collectively "ASUS"). (Dkt. No. 123.) For the reasons stated on the record at the hearing held on April 24, 2014, the Court orders as follows:

　　　　The parties shall conduct a meeting on or before May 2, 2014 for the purpose of demonstrating to Round Rock how the requested information is gleaned from ASUS' spreadsheets.

　　　　ASUS shall produce product documentation for those products that contain the allegedly infringing components identified in Round Rock's Infringement Contentions. ASUS' production is **not** limited to only those products identified by name and model number in Round Rock's Infringement Contentions.

　　　　**IT IS SO ORDERED.**

Dated: April 25, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge