John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Cheng (Jack) Ko, Bar No. 244630
JKo@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
Tawen Chang, Bar No. 215512
TChang@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone:  858.720.5700
Facsimile:  858.720.5799

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiffs and Counterclaim Defendants ASUS Computer International and ASUSTeK Computer Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>*Defendant.* | Case No. 4:11-cv-06636-CW<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| ROUND ROCK RESEARCH, LLC,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>*Counterclaim Defendants*. | |

4:11-cv-06636-CW

1     WHEREAS, the parties to this action have reached an agreement in principle to settle their

2 disputes,

3     WHEREAS, the parties anticipate that it will take additional time to document the

4 agreement and complete payment before jointly moving to dismiss all claims and counterclaims

5 asserted in this matter; and

6     WHEREAS, the parties respectfully request a 30 day stay of all deadlines to devote their

7 attention and resources to completing such documentation and payment, rather than to the

8 expense of continuing to litigate;

9     NOW THEREFORE, IT IS HEREBY ORDERED, this _____ day of April, 2014, that

10 all currently scheduled dates and deadlines in this action are vacated, and this action is stayed for

11 30 days from entry of this Order.  If a stipulation of dismissal has not been filed within 30 days of

12 the entry of this Order, counsel shall submit a report to the Court setting forth: (i) the status of the

13 parties' agreement; and (ii) counsels' views as to whether a further extension of this stay would

14 be productive.

16 DATED: April 28, 2014     **PERKINS COIE LLP**

17                               By: */s/ Miguel J. Bombach*

                              John P. Schnurer, Bar No. 185725
                              JSchnurer@perkinscoie.com
                              Jack Ko, Bar No. 244630
                              JKo@perkinscoie.com
                              Michael J. Engle, Bar No. 259476
                              MEngle@perkinscoie.com
                              Tawen Chang, Bar No. 215512
                              TChang@perkinscoie.com
                              Yun (Louise) Lu, Bar No. 253114
                              LLu@perkinscoie.com
                              Philip A. Morin, Bar No. 256864
                              PMorin@perkinscoie.com
                              Miguel J. Bombach, Bar No. 274287
                              MBombach@perkinscoie.com
                              PERKINS COIE LLP
                              11988 El Camino Real, Suite 350
                              San Diego, CA 92130-2594
                              Telephone: 858.720.5700
                              Facsimile: 858.720.5799
                              James C. Pistorino, Bar No. 226496
                              JPistorino@perkinscoie.com
                              PERKINS COIE LLP3150 Porter Drive

| | |
|---|---|
| 1 | Palo Alto, CA 94304-1212 |
| 2 | Telephone: 650.838.4300 |
|   | Facsimile: 650.838.4350 |

Attorneys for Plaintiffs and Counterclaim Defendants ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC.

DATED: April 28, 2014              **DESMARAIS LLP**

By: */s/ Jonas R. McDavit*
    _____
    Paul A. Bondor (admitted *pro hac vice*)
    pbondor@desmaraisllp.com
    Jonas R. McDavit (admitted *pro hac vice*)
    jmcdavit@desmaraisllp.com
    Lauren M. Nowierski (admitted *pro hac vice*)
    lnowierski@desmaraisllp.com
    DESMARAIS LLP
    230 Park Avenue
    New York, NY 10169
    Telephone: 212.351.3400
    Facsimile: 212.351.3401

    BLACK & HAMILL LLP
    Bradford J. Black (SBN 252031)
    bblack@blackhamill.com
    Andrew G. Hamill (SBN 251156)
    ahamill@blackhamill.com
    4 Embarcadero Center, Suite 1400
    San Francisco, California 94111
    Telephone: 415.813.6210
    Facsimile: 415.813.6222

    Attorneys for Defendant and Counterclaim
    Plaintiff Round Rock Research LLC

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Jonas R. McDavit within this e-filed document.

DATED: April 28, 2014                         */s/ Miguel J. Bombach*
                                              _____
                                                     Miguel J. Bombach

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, except that the pretrial conference and trial dates are not vacated.

DATED: _____5/1/2014_____        _____/s/ Claudia Wilken_____
                                 Honorable Claudia A. Wilken
                                 United States District Court Judge