BLACK & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@blackhamill.com
Andrew G. Hamill (SBN 251156)
ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6210
Facsimile: 415-813-6222

DESMARAIS LLP
Paul A. Bondor (admitted *pro hac vice*)
pbondor@desmaraisllp.com
Jonas R. McDavit (admitted *pro hac vice*)
jmcdavit@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Lauren M. Nowierski (admitted *pro hac vice*)
lnowierski@desmaraisllp.com
Edward B. Terchunian (admitted *pro hac vice*)
eterchunian@desmaraisllp.com
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Attorneys for Defendant and Counterclaim Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROUND ROCK RESEARCH, LLC and SAMSUNG ELECTRONICS CO., LTD., <br><br> *Defendants*. | **Civil Action No. 4:11-cv-06636-CW** <br> **JURY TRIAL DEMANDED** <br><br> **STIPULATION OF DISMISSAL** |
| ROUND ROCK RESEARCH, LLC, <br><br> *Counterclaim Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, <br><br> *Counterclaim Defendants*. | |

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ASUS Computer International
2 and ASUSTeK Computer Inc. (collectively, "ASUS") and Round Rock Research LLC ("Round
3 Rock"), having settled their disputes in these actions, hereby stipulate to dismissal of all claims and
4 counterclaims in this action.  The claims of ASUS are dismissed without prejudice.  The
5 counterclaims of Round Rock are dismissed with prejudice.  Each side shall bear its own costs,
6 expenses, and attorneys' fees.
7       PURSUANT TO STIPULATION, IT IS SO ORDERED.  All pending motions are
8 terminated.

10 Dated: 6/2/2014

11                         United States District Judge

DATED:  May 30, 2014

Respectfully submitted,

By: /s/ *Andrew Hamill*
BLACK & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@blackhamill.com
Andrew G. Hamill (SBN 251156)
ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6210
Facsimile: 415-813-6222

*Local Counsel for Plaintiff*
*Round Rock Research, LLC*

Paul A. Bondor (admitted *pro hac vice*)
pbondor@desmaraisllp.com
Jonas R. McDavit (admitted *pro hac vice*)
jmcdavit@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Lauren M. Nowierski (admitted *pro hac vice*)
lnowierski@desmaraisllp.com
Edward B. Terchunian (admitted *pro hac vice*)
eterchunian@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Lead Counsel for Plaintiff*
*Round Rock Research, LLC*


PERKINS COIE LLP
By: /s/ *John P. Schnurer*

John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Jack Ko, Bar No. 244630
JKo@perkinscoie.com
Tawen Chang, Bar No. 215512
Tchang@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-3334

| | |
|---|---|
| 1 | Telephone: 858.720.5700<br>Facsimile: 858.720.5799 |
| 2 | |
| 3 | James C. Pistorino, Bar No. 226496<br>JPistorino@perkinscoie.com |
| 4 | PERKINS COIE LLP<br>3150 Porter Drive |
| 5 | Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300 |
| 6 | Facsimile: 650.838.4350<br>Attorneys for Plaintiff ASUS COMPUTER |
| 7 | INTERNATIONAL and Counterclaim<br>Defendant |
| 8 | ASUSTEK COMPUTER INC. |

**Filer's Attestation:** Pursuant to General Order No. 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: May 30, 2014                    Respectfully submitted,

/s/ Andrew G. Hamill

Andrew G. Hamill

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of May, 2014, the foregoing document was caused to be served via the Court's CM/ECF System per Local Rule 5-5(b) on the following:

John P. Schnurer
Cheng (Jack) Ko
Tawen Chang
Michael J. Engle
Miguel Bombach
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-3334
Tel: (858) 720-5700
JSchnurer@perkinscoie.com
Jko@ perkinscoie.com
Tchang@perkinscoie.com
Mengle@perkinscoie.com
Mbombach@perkinscoie.com

James C. Pistorino
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: (650)838-4300
Jpistorino@perkinscoie.com

Dated: May 30, 2014                    */s/ Andrew G. Hamill*

                                       Andrew G. Hamill

STIPULATION OF DISMISSAL                                          Case No. 4:11-cv-6636-CW